UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


| | | |
|---|---|---|
| CARLTON WASHINGTON | ) | **JUDGMENT** |
| TOMLINSON, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 5:10-CV-510-H2 |
| | ) | |
| BANK OF AMERICA, | ) | |
| d/b/a BAC Home Loans Servicing, | ) | |
| LP, f/k/a Countrywide Home | ) | |
| Loans, | ) | |
| Defendant | ) | |


**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of plaintiff's Motion to Proceed in Forma Pauperis and plaintiff's Motion for Temporary Restraining Order.**


**IT IS ORDERED, ADJUDGED AND DECREED plaintiff's complaint is dismissed for lack of subject matter jurisdiction.**

**IT IS FURTHER ORDERED plaintiff's Motion for Temporary Restraining Order is denied as moot and this case is closed.**


This Judgment Filed and Entered on February 9, 2011 with service on:


Carlton Washington Tomlinson (Via US Mail), 2500 Goldrock Road, Rocky Mount, NC 27804


Date: February 9, 2011


DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk

Case 5:10-cv-00510-H   Document 6   Filed 02/09/11   Page 2 of 2